# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANELL BRUMFIELD

NO. 2025 KW 0630

**AUGUST 22, 2025**

---

In Re:    Ranell Brumfield, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, Nos. 20-CR5-143888, 21-CR5-146677, 22-CR5-148986.

---

BEFORE:    **THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed on or about June 11, 2025, on or before September 23, 2025, if it has not already done so. A copy of the district court's action shall be filed in this court on or before September 30, 2025.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT